| | | |
|---|---|---|
| **WANDA HOLMES, Individually, and as surviving spouse of Edgar Holmes, Jr., BETH ANN HOLMES, and DAY'S TRUCKING COMPANY, INC.,** | ) ) ) ) ) ) | |
| **Plaintiffs** | ) ) | |
| **v.** | ) ) ) | **CASE NO. 3:06-CV-0310 (LEAD CASE NO. 3:05-CV-431)** |
| **INTERNATIONAL TRUCK AND ENGINE CORPORATION,** | ) ) ) | |
| **NAVISTAR INTERNATIONAL CORPORATION,** | ) ) ) | |
| **UHL TRUCK SALES OF KENTUCKIANA, INC.,** | ) ) ) | |
| **ARVINMERITOR, INC.,** | ) ) | |
| **ROCKWELL AUTOMATION, INC.,** | ) ) | |
| **Defendants** | ) | |

## STIPULATION OF DISMISSAL

Upon the Plaintiffs, Wanda Holmes, Individually, and as Surviving Spouse of Edgar Holmes, Jr., Beth Ann Holmes, and Day's Trucking Company, Inc., announcing to all parties their intention voluntarily dismiss this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and by agreement of all parties who have appeared in the action, the parties hereby give notice to this Honorable Court of a Stipulation of Dismissal.

Respectfully submitted this 6th day of September, 2007.

s/Robert R. Davies
**Robert R. Davies (BPR#14290)**
***Attorney for Plaintiff***
STOKES & RUTHERFORD
*A Professional Corporation*
P.O. Box 2644
Knoxville, TN  37901
865-544-3833

**APPROVED:**

s/John T. Buckingham/with permission
**John T. Buckingham**
P.O. Box 2425
Knoxville, TN  37901

s/J. Michael Haynes/with permission
**J. Michael Haynes**
Hodges, Doughty & Carson
P.O. Box 869
Knoxville, TN  37901

s/John Winters/with permission
**John Winters**
Kramer Rayson
P.O. Box 629
Knoxville, TN  37901

s/Charles Reed/with permission
**Charles Reed**
McKenna, Long & Aldridge
303 Peachtree Street, Suite 5300
Atlanta, GA  30308